<u>Happy Kid Toy Group Ltd. v. Dollar General Corporation, et al.</u>

## Exhibits Index

for

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

February 16, 2011

| Exhibit | Document Description |
|---|---|
| A | U.S. Copyright Registration No. VAu 1-042-507 and photographs of the toy robot covered |
| B | U.S. Copyright Registration No. VAu 1-042-524 and photographs of the toy robot covered |
| C | Photographs of infringing toy robots named "Space Fighter" sold by Dollar General stores |
| D | Declaration of Jaysen Wang |
| E | Photographs of Plaintiff's Artwork placed side-by-side with Defendant's infringing toy robots |
| F | Two letters dated November 12, 2010 and December 22, 2010 that were sent to Defendant |

Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-042-507**

Effective date of registration:

October 26, 2010

## Title
- **Title of Work:** 4076T Motorized Attack Robo Squad

## Completion/Publication
- **Year of Completion:** 2005

## Author
- **Author:** HAPPY KID TOY GROUP LTD.
- **Author Created:** sculpture/3-D artwork
- **Work made for hire:** Yes
- **Citizen of:** Hong Kong

## Copyright claimant
- **Copyright Claimant:** HAPPY KID TOY GROUP LTD.
  Room 410-411, 4/F Houston Centre, 63 Mody Rd., Tsim Sha Tsui East, Kowloon, Hong Kong

## Certification
- **Name:** Vincent Y. Lin
- **Date:** October 26, 2010













